United States District Court
Eastern District of North Carolina
Western Division

FILED
CHARLOTTE, NC

MAY 14 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

Case No. 5:24-cv-122
(To be filled out by Clerk's Office only)

Jason Myers White

Inmate Number 22960

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Iredell County
Vincent Pandolpha
Bert Connelly

**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
☐ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Name: Jason Myers White

Prisoner ID #: 22960

Place of Detention: Iredell County Jail

Institutional Address: P.O. Box 287

City: Statesville    State: NC    Zip Code: 28687

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☒ Pretrial detainee  ☐ State  ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **Iredell County**
Name

Current Job Title

Current Work Address
**Statesville**  **NC**  **28687**
City  State  Zip Code

Capacity in which being sued: ☐ Individual ☒ Official ☐ Both

Defendant 2: **Vincent Pandolpha**
Name

**Unknown**
Current Job Title

**Unknown**
Current Work Address

**Unknown**
City  State  Zip Code

Capacity in which being sued: ☒ Individual ☐ Official ☐ Both

**Defendant(s) Continued**

Defendant 3: _Bert Connelly_
Name

_Cheif of Jail: Iredell County_
Current Job Title

_P.O. Box 287_
Current Work Address

_Statesville_     _NC_     _28687_
City     State     Zip Code

Capacity in which being sued: ☒ Individual ☐ Official ☐ Both

Defendant 4: _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City     State     Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Block G, Cell #1

Date(s) of occurrence: Feb 11th 2023

State which of your federal constitutional or federal statutory rights have been violated:
North Carolina

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

Who did what to you?

On Feb 11th 2023 I asked Correctional Officer Vincent Pandolpha for paper to write the D.A. explaining my 100% Innocence. He popped my door & went Insane & Beat me Over 10 punches/slaps, tried to break my Elbow, & split my forehead on a Metal Beam. All causing Hospitalization & stitches. All on HD Camera in G-Block with witnesses,

**What happened to you?**

I was beaten for asking for paper to write my innocence to the D.A. I was = to Hospitalized ② Denied any Involvement in his prosecution

**When did it happen to you?**

February 11th 2023

**Where did it happen to you?**

Block G ; Cell #1 In Iredell County Jail

**What was your injury?**

Split Forehead, Sprained Elbow Stitches, Bruising & Soreness.

- Ongoing Stress
- Loss of Access to Courts by the Bert Connelly led coverup of this Ordeal.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint? ☒ Yes ☐ No
  If no, explain why not:

Is the grievance process completed? ☒ Yes ☐ No
  If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

- Appoint me a lawyer to represent me in what I feel is a very cut & dry lawsuit. Randolph was fired immediatly
- Allow me my day in court for Justice

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☐ Yes   ☒ No

    If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

5-8-2024
Dated

[signature]
Plaintiff's Signature

Jason Myers White
Printed Name

22960
Prison Identification #

P.O. Box 287        Statesville        NC        28687
Prison Address      City               State     Zip Code