# United States District Court
# Western District of North Carolina
# Statesville Division

| Jason Myers White | ) | JUDGMENT IN CASE |
| --- | --- | --- |
|  | ) |  |
| Plaintiff | ) | 5:24-cv-00122-MR |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| Vincent Pandolpha | ) |  |
|  |  |  |
| Defendant | ) |  |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 23, 2024 Order.

September 23, 2024

Katherine Hord Simon, Clerk
United States District Court